# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

RYAN DALE MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1116

———————————————————

April 1, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Ryan Dale Moore, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.